UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONGXIA FAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID M. RADEL, DIRECTOR OF USCIS LOS ANGELES ASYLUM OFFICE,<br><br>　　　　Defendant. | No. 2:23-cv-10800-SVW-PVC<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Stephen V. Wilson<br>United States District Judge |

Having read and considered the Stipulation for Dismissal with Prejudice (the "Stipulation") entered by Plaintiff Hongxia Fan ("Plaintiff") and Defendant David M. Radel, Director of USCIS Los Angeles Asylum Office ("Defendant") (collectively with the Plaintiff, the "Parties"), and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved;

2. The Complaint DISMISSED with prejudice;

3. The Parties shall each bear their own costs, fees, and expenses.

Dated: May 7, 2025

_____
Honorable Stephen V. Wilson
United States District Judge

1